# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc. *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |
| Diamond Comic Distributors, Inc., | |
| Plaintiff, | |
| v. | Adv. Proc. No. 25-00262 (DER) |
| Zenescope Entertainment, Inc., | |
| Defendant. | |
| Zenescope Entertainment, Inc., | |
| Counterclaim Plaintiff and Third Party Plaintiff, | |
| v. | |
| JPMorgan Chase Bank, N.A. and Sparkle Pop, LLC, | |
| Third Party Defendants. | |

## JOINT RULE 26(f) REPORT

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, applicable in this proceeding pursuant to Federal Rules of Bankruptcy Procedure 7026, Counsel for Plaintiff/Counterclaim Defendant, Debtor Diamond Comic Distributors, Inc. ("DCD"), Defendant, Counterclaim Plaintiff and Third Party Plaintiff, Zenescope Entertainment, Inc. ("Zenescope"), and Third Party Defendants JP Morgan Chase Bank, N.A. ("JPMorgan"), and Sparkle Pop, LLC ("Sparkle Pop") (hereinafter "the Parties") conferred on February 23-25, 2026 to consider the

nature and basis of their claims and defenses, the possibilities of a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Rule 26(a)(1), and to develop a proposed discovery plan.

1. **Electronic Discovery**. The parties have reviewed Rule 26(f), which, *inter alia*, addresses preservation of discoverable information, discovery of electronically stored information, and claims of privilege or work product protection. The parties have reviewed the Principles for the Discovery of Electronically Stored Information ("ESI") in Civil Cases (as set forth by the United States District Court for the District of Maryland at https://www.mdd.uscourts.gov/sites/mdd/files/ESI-Principles.pdf), and will discuss the ESI Principles to agree on voluntary compliance, as appropriate. The Principal 2.03 Conference will occur on or before April 3, 2026. Documents and ESI shall be produced electronically via a mutually agreeable method such as an FTP site, and as searchable Static Images. This production protocol may be modified by mutual agreement or by court order.

2. **Rule 26 Disclosures**. Unless otherwise agreed to by the parties, the parties shall make their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) on or before March 23, 2026.

3. **Discovery**. The Parties have agreed that they may propound document requests, interrogatories, and requests for admissions pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, which response shall be made within 30 days of service. Unless otherwise ordered by the Court or agreed to by parties, the limitations on discovery set forth in the Federal Rules of Civil Procedure shall be strictly observed.

    (a) **Discovery Requests**. The Parties shall serve all initial document requests, interrogatories, and requests for admissions on or before April 9, 2026.

    (b) **Agree on ESI Search Terms.** The Parties will make reasonable efforts to agree on ESI Search Terms on or before April 23, 2026.

    (c) **Substantial Document Production Completion Date.** The Parties expect to have document production substantially completed by June 4, 2026.

    (d) **Fact Discovery Cut Off**. The Parties have agreed that, except for Rule 26(a)(1) disclosures, all fact discovery in this case shall be initiated so that it will be completed on or before July 31, 2026. The Parties have agreed that they may take fact depositions at any time prior to the expiration of the fact discovery deadline.

    (e) **Privilege Logs**. Privilege logs shall be produced in accordance with the Federal Rules of Civil Procedure so as to be completed within five (5) business days of the related document production. Privileged communications occurring after April 29, 2025, need not be included on a privilege log.

    (f) **Expert Initial Disclosures.** The identify of expert witness and subject matter of expected testimony, per Rule 26(a)(2)(A) and 26(a)(2)(C)(i), shall be disclosed on August 7, 2026. Any rebuttal experts, and subject matter of expected testimony, shall be disclosed on August 17, 2026.

    (g) **Expert Reports and Expert Discovery Cut Off.** Expert reports and all other information required by Rule 26(a)(2)(B), along with any documents or information considered by the expert, shall be exchanged on September 8, 2026. Rebuttal expert reports and all other information required by Rule 26(a)(2)(B), along with any documents or information considered by the expert, shall be exchanged on September 29, 2026. All expert discovery shall be completed by October 20, 2026.

4. **Protective Orders.** The parties will submit a confidentiality order to the Court for approval on or before April 3, 2026.

5. **Case Dispositive Motions.** Any dispositive motions must be filed on or before November 3, 2026. Answering briefs in opposition thereto are due seventeen (17) days later (November 20, 2026), with reply briefs to be filed twelve (12) days after the filing of any answering briefs (December 2, 2026).

6. **Joinder of Other Parties and Amendment of Pleadings.** All motions to join other parties, and to amend or supplement the pleadings, shall be filed on or before June 19, 2026.

7. **Pretrial Order.** If this adversary proceeding cannot be resolved on dispositive motions, the Parties have agreed to file a Joint Pretrial Report within thirty (30) days of the Court's ruling on dispositive motions.

8. **Length of Trial.** The Parties estimate that the time required to try this adversary proceeding will be 3-4 days.

9. **Other Matters.** There are no other matters that need to be raised at this time.

*[Signature Pages to Follow]*

      /s/_Zvi Guttman_____
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
Telephone: (410) 580-0500
Email: zvi@zviguttman.com

-and-

Drew M. Dilworth *pro hac vice submitted*
Eric J. Silver *pro hac vice submitted*
Darrell Payne *pro hac vice submitted*
Stearns Weaver Miller et al.
150 West Flagler Street
Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3200
Email: ddillworth@stearnsweaver.com
esilver@stearnsweaver.com
dpayne@stearnsweaver.com

*Counsel for the Plaintiff Chapter 7 Trustee*

| | |
|---|---|
| *s/   Catherine Keller Hopkin  * <br> Catherine Keller Hopkin <br> YVS Law, LLC <br> 185 Admiral Cochrane Drive, Suite 130 <br> Annapolis, MD 21401 <br> Tel.: (443) 569-0788 <br> Fax: (410) 571-2798 <br> Email: chopkin@yvslaw.com <br><br> *Counsel for Defendant, Counterclaim Plaintiff and Third Party Plaintiff Zenescope Entertainment, Inc.* | *s/   Katherine Elizabeth Culbertson* <br> Katherine Elizabeth Culbertson <br> Troutman Pepper Locke LLP <br> 111 S. Wacker Drive <br> Suite 4200 <br> Chicago, IL 60606 <br> 520-668-3698 <br> Email: katherine.culbertson@troutman.com <br><br> *Counsel for Third Party Defendant JP Morgan Chase Bank, N.A.* |

*s/   Jodie E. Bekman*
Jodie E. Bekman
Gordon Feinblatt LLC
1001 Fleet Street
Suite 700
Baltimore, MD  21202
Tel.: (410) 576-400
Email: jbekman@gfrlaw.com

*Counsel for Third Party Defendant Sparkle Pop, LLC*